CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

__Paul Matthew Miller M-0762__ :
**Full Name of Plaintiff**      **Inmate Number**   :
: Civil No. __3:23-1294__
: (to be filled in by the Clerk's Office)
v. :
__Jackson Township Police Department__ :
**Name of Defendant 1** :   ( __ ) Demand for Jury Trial
: ( __ ) No Jury Trial Demand
:
_____ :
**Name of Defendant 2** :
:
_____ :
**Name of Defendant 3** :         **FILED**
:         **SCRANTON**
_____ :
**Name of Defendant 4** :         AUG 0 4 2023
:         Per _____
_____ :         DEPUTY CLERK
**Name of Defendant 5** :
(Print the names of all defendants. If the names of all :
defendants do not fit in this space, you may attach :
additional pages. Do not include addresses in this :
section). :

I.    **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

　__✓__    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

　___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

　___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Miller, Paul, M.
Name (Last, First, MI)

M-0762
Inmate Number

Columbia County Prison
Place of Confinement

721 Iron St
Address

Bloomsburg, PA 17815
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:
- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Jackson Township Police Department
Name (Last, First)

Police Officers
Current Job Title

1275 Huntsville Rd,
Current Work Address

Shavertown, PA 18708
City, County, State, Zip Code

Defendant 2:

Name (Last, First): N/A

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 3:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 4:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Jackson Township Luzerne County PA. approximately the last week of october 2020.

B. On what date did the events giving rise to your claim(s) occur?

approximately Last week of october 2020. Enclosed is a copy of my Mail log showing that I attempted to write my attorney Nanda Palissari several weeks ago for the exact dates

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On or about the last week of october 2020 I was pulled over by officer Micheal Kretchmer of the Jackson Township police Department in Luzerne County PA. while Driving my 2003 Murcury Marquise with just over 100,000 miles that was just bought several months before. Officer Kretchmer told me that he had pulled me over because of the tint on my windows. After I told him that the shade percentage was legal and I just had got it from Autozone he said " well your registration light is out", which it was not. The Marquise is a large car and was used as a family car since my Mom was bed ridden at the time with 2-3 years to Live because of ALS and it was easier to get her in and out as well as more comfortable for her Because of it being (Please continue Reading on the 4 page Attachment

a family car the trunk and back seat were full of my family and my belongings, I believe, made Officer Kretchmer interested in searching through my car. He puts me in his cruiser and searched my vehicle without a warrant nor consent to do so. He made an attempt to justify the search by saying he seen glassine baggies on the seat or floor but that is not accurate because he pulled them from under the seat. He and another officer search through everything in my car. If Dash cams were utilized they will confirm what I say. He finds a bag of my sisters in the trunk with her pistol in it. After explaining it was my sisters and she must have forgot it or forgot to tell me about it. He seemed to have sympathized with me concerning my mother because he told me he knows what its like because him himself had lost his mother. He told me that he wasn't going to charge me with the pistol at that time, but that he would if he finds out anything different from what I had told him. What I told him was the truth but for some reason I was charged with possession of a firearm some months later around Feb. 2021 sometime on top of what he had charged me with that night (small poss., parapha, driving w/o a license). The night I was pulled over I was released from the police station when my sister came to pick me up. I had called several weeks after being pulled over because the police have my vehicle towed, by Malik's towing I believe, and I was told that it was under a police hold and I could not get it out.

1 of 4                                    (see back)

Part C. Attachment / Paul Miller 7-30-23

I then ask to get my belongings from it but was told no. Shortly afterwards my Son's Mother Karla G. had called and asked to get her Echo leaf Blower from the Vehicle and they allowed her to do so without my consent and she is not the owner. Some time later (3-19-21 I Believe) I was incarcerated in Columbia Co. Prison, transfered to Montour Co. Prison on 4-12-21, then extradited to Alabama on 4-29-21 and never had/seen an attorney nor had a preliminary hearing on this case. For some reason this Luzerne case was deactivated which enabled Me to be sent to Alabama some how, but by the time I get out of Alabama on or about 7-2-2021. For some reason though I had a detainer from PA after PA had sent me to Alabama so Alabama Alots PA 7 days to come get me. PA calls after the 2nd or 3rd day into the 7 and says that they don't want me. I then do all of the right things to get my probation at the time transfered to PA so that I could come home and be close to my mom. I get my probation transfered and find out upon reporting my first day back at the Scranton PA office that Luzerne has activated my case again from Jackson township PD. and arrested me for a felony warrant for possession of a firearm. I was then taken to Luzerne county Prison where I sat for 5 days until I made bail on 8-3-21. I hire Nanda Palissari

2 of 4          (see page 3)

Part C. Attachment / Paul Miller 7-30-23

as my Attorney and my charges were dismissed within a week I believe from my release on 8-3-21. The car was turned over by Jackson township PD I was told to Malik's towing. There was no lawful reason to pull me over or search my vehicle, but the real issue now is that my vehicle was turned over to the towing company before the disposition of my case and the case was dismissed. The car was worth approximately $5,000, the value of the property inside was atleast $5,000 (on the low end), the value of my Attorney cost and bail were approximately $3,500 to $4,000, and I was incarcerated for about a week as well. If Dash cams are available the court could see that I was not exaggerating when I said the trunk and back seat were full. I had a $1,600 Mario Lamborgini watch that was packaged for mail, New shoes (several for), Old coins, New Dewalt drills and a bag of other work tools inside, a tree of life ring of my Mothers, a new radar detector and CB radio that I just bought from the truck stop, clothes, a new strut, and more. The Lose of my vehicle was a great inconvenience and in turn made me lose money. So I believe that when feel that I am being fair by not even asking for half of what the property value for lost vehicle time, inconvenience, jail time, and the violation of my fourth and fourteenth amendments by the Jackson Township PD just

3 of 4

to get all of this over with and not wasting anybody elses time any more than it has to and I hope the court will share my sentiments and also agree with my wishes/hopes on ▓▓▓▓ relief considering everything that surrounds this matter. I thank you for your time and consideration.

                        Sincerely,
                        Paul M. Miller
                        *Paul Miller*

Paul Miller · M-0762
Columbia Co. Prison
721 Iron St.
Bloomsburg, PA. 17815

*(left margin: Part 6. / Attachment / Paul Miller / 7-30-23)*

4 of 4

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My fourth and fourteenth amendment rights were violated. There was no real legal reasoning for the traffic stop or the search. My charges from this traffic stop were dismissed but ownership of my vehicle given up by the police to the towing company before the disposition of my case, which was ultimately dismissed.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Lose of vehicle, lose of earning potential due to no vehicle, Jail time, loss of property, time lost with my mother and suitable vehicle to transport her in comfortably. Loss of Items of sentimental value, Violation of my rights. Lost money for Attorney costs and Bail. Stress.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I request monitary damages for the total of money in property and legal costs surrounding this matter that range from $15,000-$20,000, plus the earning loss due to no vehicle, time in jail, violation of my rights, sentimental Lost items, stress & inconvenience.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*/s/ Paul Miller*

Signature of Plaintiff

7-30-23

Date

Paul Miller M-0762
Columbia Co. Prison
721 Iron St PA 17815
Bloomsburg, PA 17815

US POSTAGE $001.83
ZIP 17815
02 4W
0000379331 AUG 02 2023

RECEIVED
SCRANTON
AUG 04 2023
PER _____ DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
235 N. Washington Ave.
Scranton, PA 18501